## No. 13,969.

### CROOK, ADMINISTRATOR *v.* JACOBSON ET AL.
#### (68 P. [2d] 1117)

Decided May 17, 1937. Rehearing denied June 14, 1937.

Judgment affirmed in department without written opinion. Mr. Chief Justice Burke, Mr. Justice Knous and Mr. Justice Holland, participating.

Mr. O. A. JOHNSON, Mr. L. W. NEWBY, Mr. HARRY S. CLASS, Mr. WILLIAM B. KING on petition for rehearing, for plaintiff in error.

Mr. GRAY SECOR, Mr. H. G. McCARTY, Messrs. Goss and HUTCHINSON, for defendants in error.